UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WRAY L. FURGASON, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1:12-cv-00738-MJD-RLY |
| JAMES FURRER, PROTEUS PROS, LLC, | ) |
| Defendants. | ) |

**FINAL JUDGMENT PURSUANT TO RULE 58**

This matter was tried by Magistrate Judge Mark J. Dinsmore without a jury, and the following decision was reached:

Defendants are jointly and severally liable to Plaintiff Furgason for unpaid overtime in the amount of $19,200.50, representing a compensatory damage award of $9,600.25 and a liquidated damages award of $9,600.25. Furthermore, Defendants are jointly and severally liable to Plaintiff Wharton for unpaid overtime in the amount of $8,164.50, representing a compensatory damage award of $4,082.25 and a liquidated damages award of $4,082.25.

SO ORDERED.

Date: 09/16/2014

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Robert Peter Kondras, Jr.
HUNT HASSLER LORENZ & KONDRAS LLP
kondras@huntlawfirm.net

Steven Sams
STEVEN SAMS, P.C.

stevensamslaw@att.net